IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00555-ZLW

KEITH RUSSELL JUDD,

        Plaintiff,

v.

U.S.A., 50 States, 5 Districts,
FEDERAL ELECTION COMMISSION,
FEDERAL COMMUNICATION COMMISSION,
EXECUTIVE BRANCH, of U.S. Government,
LEGISLATIVE BRANCH, of U.S. Government,
EXECUTIVE BRANCH, of U.S. Government,
JUDICIAL BRANCH, of U.S. Government,
INTERNAL REVENUE SERVICE,
UNITED STATES POSTAL SERVICE,
FEDERAL BUREAU OF INVESTIGATION,
FEDERAL BUREAU OF PRISONS,
UNITED STATES SECRET SERVICE, et al,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal actually titled "Amended Notice of Appeal" on March 14, 2006. The court has determined that the document os deficient as described in this order. plaintiff will be directed to cure the following if je wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X   is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X   is not submitted
       ___  is missing affidavit

1

    ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___  is missing required financial information
    ___  is missing an original signature by the prisoner
    ___  is not on proper form (must use the court's current form)
    ___  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  27  day of     March   , 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court